**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Jose Antonio Koch
        Plaintiff,

v.              Case No.: 1:23−cv−00228
              Honorable Harry D. Leinenweber

CommonSpirit Health
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 22, 2024:

  MINUTE entry before the Honorable Harry D. Leinenweber: The Court having dismissed the lead case Perkins v. CommonSpirit (22−cv−7313), on 10/5/23, this matter is concluded. Civil case terminated. (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.